In the Matter of the Claim of STEPHEN P. TONRA.

ROBINS DRY DOCK AND REPAIR COMPANY, Appellant; FRIEDA S. MILLER, as Industrial Commissioner, Respondent.

Argued May 22, 1940; decided June 11, 1940.

*Arthur E. Goddard, Harry G. Hill* and *Robert B. Lisle* for appellant.

*John J. Bennett, Jr., Attorney-General (W. Gerard Ryan, Francis R. Curran* and *Henry Epstein* of counsel), for respondent.

Order affirmed, with costs; no opinion.

Concur: LEHMAN, Ch. J., LOUGHRAN, FINCH, RIPPEY, SEARS, LEWIS and CONWAY, JJ.